■ In the Matter of ELLEN ROSER et al., On Behalf of Themselves and All Other Persons Similarly Situated, Respondents, v CITY OF NEW YORK et al., Appellants.—Appeal from a judgment of the Supreme Court at Special Term, entered November 17, 1976 in Ulster County, which granted petitioner's application, in a proceeding pursuant to CPLR article 78, for a judgment in the nature of a mandamus. Judgment affirmed, with costs, and without prejudice to an application by respondent to Special Term for rehearing or reconsideration if it be so advised. No opinion. Koreman, P. J., Greenblott, Main, Larkin and Herlihy, JJ., concur.